UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>Marcus Hagood<br>Defendant. | No. CR 13-00393 RMW<br><br>**ORDER - CJA CONTRIBUTIONS DUE** |

**FILED**
JUL 1 2 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C.§3006(A).

IT IS HEREBY ORDERED THAT:

[X] THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ 100.00 PER MONTH, until the case is concluded or until further order of the Court, commencing:

[X] That certain date of 8/1 and the SAME DAY each month thereafter;

[X] MAIL TO:  Clerk, U.S. District Court
            280 South First Street, Room 2112
            San Jose, CA 95113-3095

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF

$_____, DUE BY _____.

[ ] MAIL TO:  Clerk, U.S. District Court
            280 South First Street, Room 2112
            San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: _____
         Howard R. Lloyd, U.S. Magistrate Judge