MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PHILIP A. GUENTERT (CABN 14734)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5079
    FAX: (408) 535-5066
    philip.guentert@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARCUS HAGOOD,<br><br>    Defendant. | No. CR 13-00393 RMW<br><br>STIPULATION AND [] ORDER AMENDING BRIEFING SCHEDULE, REQUESTING NEW HEARING DATE, AND EXCLUDING TIME |

The defendant, MARCUS HAGOOD, represented by CYNTHIA LIE, Esquire, and the government, represented by PHILIP A. GUENTERT, Assistant United States Attorney, stipulate and agree to amend the briefing schedule on the defendant's motion to suppress, filed on May 5, 2014. Because the unavailability of government counsel and witnesses has affected its ability to comply with the current schedule, the parties respectfully request the Court to modify it as follows: the government will file its response by May 27, 2014; defense counsel will file a reply by June 9, 2014; and the hearing will be reset to June 23, 2014, at 9:00 A.M. The parties also request an additional exclusion of time from

April 21, 2014 through the new hearing date pursuant to the Speedy Trial Act, because of the defendant's and government's need for continuity and effective preparation of counsel, and the court's consideration of the defendant's motion to suppress.

SO STIPULATED.

MELINDA HAAG
United States Attorney

DATED: 5/19/14                    _____/s/_____
PHILIP A. GUENTERT
Assistant U.S. Attorney


DATED: 5/19/14                    _____/s/_____
CYNTHIA LIE
Counsel for Marcus Hagood

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the briefing schedule proposed by the parties is adopted and a motions hearing in the above-captioned case is continued from June 9, 2014 to June 23, 2014 at 9:00 AM.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from April 21, 2014, through June 23, 2014. The Court finds, based on the aforementioned reasons, that time should be excluded because of delay resulting from the filing and hearing of the suppression motion. Further, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense and government counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court finds

STIPULATION AND [] ORDER AMENDING BRIEFING SCHEDULE AND EXCLUDING TIME
CR-13-00393 RMW

1 | the exclusion of time is proper under 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B)(iv).

2 |     SO ORDERED.

4 | DATED: _____    _____

    HON. RONALD M. WHYTE
    United States District Judge

STIPULATION AND ] ORDER AMENDING BRIEFING SCHEDULE AND EXCLUDING TIME
CR-13-00393 RMW