1   STEVEN G. KALAR
    Federal Public Defender
2   CYNTHIA C. LIE
    Assistant Federal Public Defender
3   55 South Market Street, Suite 820
    San Jose, CA 95113
4   Telephone: (408) 291-7753

5   Counsel for Defendant HAGOOD

6

7                   IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION

10  UNITED STATES OF AMERICA,          )   No. 13-CR-00393 RMW
                                       )
11               Plaintiff,            )   STIPULATION TO CONTINUE
                                       )   SENTENCING HEARING
12  vs.                                )
                                       )
13  MARCUS HAGOOD,                     )
                                       )
14               Defendant.            )
    _____)

15

16          Defendant Marcus Hagood and the government hereby stipulate that the sentencing

17  hearing currently scheduled for Tuesday, February 17, 2015, may be continued to Monday,

18  March 16, 2015, at 9:00 a.m., in view of the pending reassignment of Mr. Hagood's case to

19  another Assistant Federal Public Defender.

20  Dated: January 21, 2015

21                                          s/_____
                                            PHILIP GUENTERT
22                                          Assistant United States Attorney

23  Dated: January 21, 2015

24                                          s/_____
                                            CYNTHIA C. LIE
25                                          Assistant Federal Public Defender

26

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 13-CR-00393 RMW |
| | ) | |
| Plaintiff, | ) | [] ORDER CONTINUING |
| | ) | SENTENCING HEARING |
| vs. | ) | |
| | ) | |
| MARCUS HAGOOD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

16    Good cause appearing and by stipulation of the parties, it is hereby ordered that the

17  sentencing hearing currently scheduled for Tuesday, February 17, 2015, shall be continued to

18  Monday, March 16, 2015, at 9:00 a.m.

19

20  Dated: January ___, 2015

21                                        _____

22                                        HON. RONALD M. WHYTE
                                          United States District Judge

23

24

25

26