1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  PHILIP A. GUENTERT (CABN 14734)
   Assistant United States Attorney
5
6          150 Almaden Boulevard, Suite 900
           San Jose, California 95113
7          Telephone: (408) 535-5079
           FAX: (408) 535-5066
           philip.guentert@usdoj.gov
8
9  Attorneys for United States of America

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                            SAN JOSE DIVISION
13
14 UNITED STATES OF AMERICA,            ) No. CR 13-00393 RMW
                                        )
15         Plaintiff,                   )
                                        ) STIPULATION AND [] ORDER TO
16    v.                                ) CONTINUE SENTENCING TO MARCH 30, 2015
                                        )
17 MARCUS HAGOOD,                       )
                                        )
18         Defendant.                   )
                                        )

19
20         The defendant, MARCUS HAGOOD, represented by ROBERT CARLIN, Esquire, and the
21 government, represented by PHILIP A. GUENTERT, Assistant United States Attorney, stipulate and
22 agree to continue the sentencing date. Because the illness of government counsel, the government was
23 unable to file responsive pleadings before sentencing in a timely manner, with sufficient opportunity for
   their consideration by the Court and defense counsel. The parties respectfully request that the sentencing
24 date of March 16, 2015, be reset for March 30, 2015, at 9:00 A.M. The government represents that it
25 will file sentencing memoranda no later than March 23, 2015.
26
27 STIPULATION AND ] ORDER TO CONTINUE SENTENCING TO MARCH 30, 2015
   CR-13-00393 RMW
28
                                                     1

SO STIPULATED.

                                          MELINDA HAAG
                                          United States Attorney

DATED: 3/13/15                               _____/s/_____
                                                      PHILIP A. GUENTERT
                                                      Assistant U.S. Attorney

DATED: 3/13/15                               _____/s/_____
                                                      ROBERT CARLIN
                                                      Counsel for Marcus Hagood

### **ORDER**

    Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing presently scheduled for March 16, 2015 be continued and reset to March 30, 2015, at 9:20 A.M.

SO ORDERED.

DATED: _____                     _____
                                                       HON. RONALD M. WHYTE
                                                       United States District Judge

STIPULATION AND [] ORDER TO CONTINUE SENTENCING TO MARCH 30, 2015
CR-13-00393 RMW

2